# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

PATRICIA KEECH and DAVID NEWFIELD, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

SANIMAX USA, LLC,

    Defendant.

Case No.: 18-cv-00683-JRT-HB

**CLASS ACTION**

## DECLARATION OF JEFFREY S. STORMS

I, Jeffrey S. Storms, solemnly affirm as follows:

1. I am over 18 years old and I am one of Plaintiffs' attorneys in the above-captioned matter.

2. I make this Declaration in support of Plaintiffs' Motion to Preliminarily Approve Class Action Settlement.

3. Attached hereto as Exhibit 1 is a true and correct copy of an August 6, 2019 Settlement Agreement, which contains Exhibits A through H attached thereto.

4. The Exhibits to Exhibit 1 are as follows:

    a. Exhibit A – First Amended Complaint

    b. Exhibit B – Class Area Map

    c. Exhibit C – List of Resident Data Sheet Respondents

    d. Exhibit D – Class Notice

    e. Exhibit E – Claim Form

    f. Exhibit F – [proposed] Preliminary Approval Order

    g. Exhibit G – [proposed] Order and Final Judgment

    h. Exhibit H – Destruction Certificate

5. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that everything stated in this document is true and correct and that this Declaration was executed on August 9, 2019 in Hennepin County, Minnesota.

**FURTHER YOUR DECLARANT SAYETH NOT.**

/s/ Jeffrey S. Storms
Jeffrey S. Storms, #0387240